DOWNEY BRAND LLP
Gregg D. Josephson (SDNY No. GJ-6694)
621 Capitol Mall, 18th Floor
Sacramento, CA 95814-4731
Telephone: (916) 444-1000
Facsimile: (916) 444-2100

Attorneys for Defendant
PRINTER ESSENTIALS.COM, INC.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- X
CANON, INC.,                          :

       Plaintiff,                    :

v.                                    :

NINESTAR IMAGE INT'L, LTD; NINESTAR   :
TECHNOLOGY CO., LTD; NINESTAR
MANAGEMENT CO., LTD; ZHUHAI SEINE     :
TECHNOLOGY CO., LTD.; SEINE IMAGE     :   Case No. 10 civ. 4999
INT'L CO., LTD.; NINESTAR IMAGE CO.,
LTD; ZIPRINT IMAGE CORP.; NANO        :
PACIFIC CORP.; NINESTAR TECH. CO.,
LTD; TOWN SKY, INC.; ACM              :
TECHNOLOGIES, INC.; LD PRODUCTS,
INC.; PRINTER ESSENTIALS.COM, INC.;   :
XSE GROUP, INC.; COPY TECHNOLOGIES,   :
INC.; RED POWERS, INC.; DIRECT
BILLING INTERNATIONAL, INC.; COMPU-   :
IMAGING, INC.; EIS OFFICE SOLUTIONS,
INC.; and 123 REFILLS, INC.;          :

       Defendants.                   :
------------------------------------- X

## PRINTER ESSENTIALS.COM, INC.'S UNOPPOSED MOTION TO EXTEND TIME TO ANSWER THE COMPLAINT

Defendant Printer Essentials.com, Inc., through its undersigned counsel, hereby moves

for an extension of time to respond or move with respect to the complaint herein to and including

Friday, August 20, 2010. In complying with Hon. Robert W. Sweet's Individual Practice rule

1089031.1

-2-

1.E., Printer Essentials.com, Inc. notes that:

1. The current deadline to respond is July 21, 2010.

2. Printer Essentials.com, Inc. has made no previous requests for adjournment or extension.

3. Plaintiff Canon, Inc. has assented to Printer Essentials.com, Inc.'s requested extension.

4. The requested extension does not affect any other dates as no Scheduling Order has been entered.

WHEREFORE, Printer Essentials.com, Inc. respectfully requests this Court to enter an Order granting this motion extending the time for Printer Essentials.com, Inc. to respond or move with respect to the complaint to and including Friday, August 20, 2010.

Dated: July 15, 2010

Respectfully submitted,

DOWNEY BRAND LLP
621 Capitol Mall, 18th Floor
Sacramento, CA 95814-4731
(916) 444-1000 (o)
(916) 444-2100 (f)

By: _____
Gregg D. Josephson (GJ 6694)
gjosephson@downeybrand.com
Michael J. Thomas
mthomas@downeybrand.com
Attorneys for Defendant
Printer Essentials.com, Inc.

SO ORDERED:

_____
U.S.D.J.

Dated: July ___, 2010